IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:06CR589 |
| Plaintiff, | : | JUDGE CHRISTOPHER A. BOYKO |
| v. | : | |
| JONMAL SIMMONS, et al, | : | **ORDER** |
| Defendants. | : | |

Upon consideration of the motion of defendant Jonmal Simmons to allow his release from the custody of the United States Marshal Service for one day for the sole purpose of allowing Mr. Simmons to travel to Parma, Ohio, on May 31, 2007, to attend the 9:00 a.m. Ohio Police and Fire Pension Fund evaluation in order to pursue his claim for disability benefits due to his diagnosis of multiple sclerosis, and for good cause shown, it is hereby

ORDERED that such motion is granted;

FURTHER ORDERED that Mr. Simmons be released from the custody of the United States Marshal Service on May 30, 2007, at 5:00 p.m. for the sole purpose of traveling to 5626 Broadview Road, Parma, Ohio, on May 31, 2007, to attend the Ohio Police and Fire Pension Fund vocational evaluation.; and, that upon completion of the evaluation he immediately report to the Northeast Ohio Correctional Center, in Youngstown, Ohio, no later than May 31, 2007, at 3:00 p.m.

IT IS SO ORDERED.

5/24/07
DATE

*Christopher A. Boyko*
HONORABLE CHRISTOPHER A. BOYKO
United States District Court Judge

FILED
MAY 24 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND