UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff | ) | CASE NO. 1:06CR589-001 |
| | ) | |
| -vs- | ) | |
| | ) | |
| JONMAL SIMMONS, | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendants | ) | |

On April 23, 2007, Defendant entered a plea of guilty to Count 1 of an indictment charging 18 U.S.C.§ 1343 and 2 - Wire Fraud.  Defendant was sentenced by this Court on July 16, 2007 to 5 months custody of the Bureau of Prisons followed by 3 years Supervised Release, Restitution in the amount of $22,497.97 and a Special Assessment of $200.00. Defendant was immediately remanded to the custody of the United States Marshal.

On October 23, 2008, the Court received a Violation Report from the Pretrial/Probation office requesting the Court issue an arrest warrant for Defendant. The Violation Report listed the nature of each non-compliance: (1) Failure to Report as Directed; (2) Failure to Make Monthly Restitution Payments; (3) Failure to Submit Written Monthly Supervision Reports; and (4) Failure to Notify of Change in Residence.

Defendant, represented by counsel, appeared before this Court for an Initial Appearance - Revocation Hearing on November 5, 2008.

Rosalind Burks, Probation Officer, gave an overview of the violations listed in the Violation Report.

Counsel for Defendant stated the Defendant admits to the violations and waives his right to a hearing.

The Government had no objections to the recommendations of the Probation

Officer.

After consultation with Counsel and the Probation Officer, the Court modifies the Defendant's conditions of Supervised Release to include:

- 3 Months placement in Oriana House;
- All medications and Infusion Treatments (upon verification by Bureau of Prisons);
- Mental Health treatment and counseling; and
- Subsistence Waived.

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
United States District Court Judge

November 6, 2008